# Drain *v.* South Pittsburgh Water Company, Appellant.

Argued March 17, 1969. Before BELL, C. J., JONES, COHEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert C. Little,* with him *James F. Manley,* and *Burns, Manley & Little,* for defendant, appellant.

*Louis C. Glasso,* for plaintiff, appellee.

*John E. Kunz,* and *Lancaster, Mentzer & Kunz,* for defendant, J-Jac Construction Company, appellee.

OPINION PER CURIAM, October 9, 1969:
Judgments affirmed.

Mr. Justice EAGEN took no part in the consideration or decision of this case.